UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE MITCHELL, individually and on behalf of all others similarly situated,

          Plaintiff,

  v.

LYMI INC., a foreign profit corporation doing business as REFORMATION; HEY BUI LLC, a foreign limited liability company doing business as REFORMATION; and DOES 1-20, as yet unknown Washington entities,

          Defendants.

C25-0511 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff Kyle Mitchell's Motion to Remand, docket no. 12, is GRANTED. Defendants Lymi Inc. and Hey Bui LLC claim, and Plaintiff appears to agree, that Plaintiff did not allege that he applied in good faith to find a job. Mot. to Dismiss at 2 (docket no. 9); see Resp. to Mot. to Stay at 2–3 (docket no. 18). On numerous occasions, courts have held that similarly situated plaintiffs lack Article III standing and courts therefore lack subject matter jurisdiction. See e.g., Hill v. Spirit Halloween Superstores LLC, 2024 WL 5117460 (W.D. Wash. Dec. 16, 2024); Floyd v. Insight Glob. LLC, 2024 WL 2133370, at *5–8 (W.D. Wash. May 10, 2024). The Court adopts the reasoning of those cases in this case and holds the same. Defendants' Lymi and Hey Bui's Motion to Stay, docket no. 16, is without merit and DENIED.

(2)    This matter is REMANDED to King County Superior Court effective fourteen (14) days from the date of this Minute Order. The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of May, 2025.

                                                        Ravi Subramanian
                                                        Clerk

                                                        s/Laurie Cuaresma
                                                        Deputy Clerk

MINUTE ORDER - 1